# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO A. J. W., A MINOR
CHILD.

No. 72999

JESSE C. G.,

Appellant,

vs.

THE STATE OF NEVADA HEALTH
AND HUMAN SERVICES, DIVISION
OF CHILD AND FAMILY SERVICES,

Respondent.

**FILED**

OCT 09 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Thomas L. Stockard, District Judge
     The Law Office of Jacob N. Sommer
     Attorney General/Carson City
     Attorney General/Reno
     Churchill County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-34195